| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:  4/15/2021 |

JULIO CESAR CALDERON-CHEVEZ,

                Petitioner

-against-

THOMAS DECKER, in his official capacity as Field Office Director, New York City Filed Office, U.S. Immigration & Customs Enforcement; ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security; MERRICK B. GARLAND, in his official capacity as Attorney General, U.S. Department of Justice; and CARL E. DUBOIS, in his official capacity as Sheriff, Orange County,

                Respondents.

21-cv-3168-MKV

ORDER TO ANSWER,
28 U.S.C. § 2241

MARY KAY VYSKOCIL, United States District Judge:

        The Court, having examined the Petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, HEREBY ORDERS that:

        Within sixty days of the date of this Order, Respondents shall file and serve an answer, motion, or other response to the Petition.

        Petitioner may file and serve any reply papers, if any, within thirty days from the date Petitioner is served with Respondents' answer.

        Petitioner shall serve a copy of this Order on the U.S. Attorney's Office for the Southern District of New York on or before April 23, 2021, and file of proof of service on or before April 30, 2021.

**SO ORDERED.**

Dated: April 15, 2021
       New York, New York

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**